IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM S. WAITE,

    Plaintiff,

vs.                                    CASE NO. 1:07CV45-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion to Extend Time to file a responsive memorandum. (Doc. 31). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have thirty days from this date to file the memorandum.

**DONE AND ORDERED** this  _27th_ day of February, 2008.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**