IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLIAM S. WAITE,**

    Plaintiff,

vs.                                      **CASE NO. 1:07CV45-MP/AK**

**MICHAEL J. ASTRUE,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Second Motion to Extend Time to file a responsive memorandum. (Doc. 33). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have thirty days from this date to file the memorandum.

**DONE AND ORDERED** this  *31st* day of March, 2008.

                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**